*Curie* for petitioners. *Mr. Attorney General* and *Mr. Solicitor General Richards* opposing.

No. 642. TUCKER, VICE CONSUL, *v.* U. S. *ex rel.* ALEXANDROFF. Third Circuit. Granted April 29, 1901. *Mr. F. R. Condert, Jr., Mr. Paul Fuller,* and *Mr. John F. Lewis* for petitioner.

No. 626. FRANCIS *v.* UNITED STATES. Sixth Circuit. Granted April 29, 1901. *Mr. Miller Outcalt* and *Mr. Thomas F. Shay* for petitioners.

No. 621. HALE, AS RECEIVER, *v.* ALLINSON. Third Circuit. Granted May 13, 1901. *Mr. M. H. Boutelle, Mr. Joseph K. McCammon* and *Mr. James H. Hayden* for petitioner. *Mr. John G. Johnson* opposing.

No. 638. REPUBLIC OF COLOMBIA *v.* CAUCA COMPANY. Fourth Circuit. Denied May 13, 1901. *Mr. Calderon Carlisle* and *Mr. William G. Johnson* for petitioner.

No. 643. JONES *v.* NEWTON. Fourth Circuit. Denied May 13, 1901. *Mr. Samuel Park* and *Mr. R. G. Bickford* for petitioner. *Mr. Thomas Evans* opposing.

No. 645. NEW ENGLAND RAILROAD COMPANY *v.* HYDE. First Circuit. Denied May 13, 1901. *Mr. Frank A. Farnham* and *Mr. Frederic D. McKenney* for petitioner. *Mr. Donald G. Perkins* opposing.

No. 647. ROWAN *v.* IDE. Fifth Circuit. Denied May 13,

1901. *Mr. William A. Gunter* and *Mr. Thomas H. Clark* for petitioner.

---

No. 649. WESTERN UNION TELEGRAPH COMPANY *v.* BURGESS. Sixth Circuit. Denied May 13, 1901. *Mr. Rush Taggart, Mr. George H. Fearons* and *Mr. Henry Newbegin* for petitioner.

---

No. 653. LOUISVILLE TRUST COMPANY *v.* COMINGOR. Sixth Circuit. Granted May 13, 1901. *Mr. Augustus E. Willson* for petitioner.

---

No. 655. MENCKE *v.* CARGO OF JAVA SUGAR, ETC. Second Circuit. Granted May 13, 1901. *Mr. J. Parker Kirlin* for petitioner. *Mr. Wilhelmus Mynderse* opposing.

---

No. 636. JOSEPH BANCROFT & SONS COMPANY *v.* BLOEDE. Fourth Circuit. Denied May 20, 1901. *Mr. John N. Steele* and *Mr. Herbert H. Ward* for petitioner. *Mr. George R. Willis* and *Mr. Robert Biggs* opposing.

---

No. 661. UNITED STATES *ex rel.* BRIDE *v.* McFARLAND ET AL. Court of Appeals of the District of Columbia. Denied May 20, 1901. *Mr. O. B. Hallam* for petitioner. *Mr. Andrew B. Duvall* and *Mr. C. A. Brandenburg* opposing.

---

No. 662. CONNECTICUT MUTUAL LIFE INSURANCE CONPANY *v.* HILLMON. Eighth Circuit. Granted May 20, 1901. *Mr. Edward S. Isham, Mr. Wm. G. Beale, Mr. Gilbert E. Porter* and *Mr. James W. Green* for petitioner. *Mr. C. F. Hutchings* and *Mr. L. B. Wheat* opposing.

---

No. 663. WRIGHT *v.* UNITED STATES. Fifth Circuit. De-